**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL FLORES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:25-cv-01534-FWS-ADS<br><br>**ORDER RE SECOND STIPULATED REQUEST TO EXTEND COURT'S JURISDICTION PENDING SETTLEMENT [37]** |

Having reviewed and considered the Second Stipulated Request to Extend Court's Jurisdiction Pending Settlement, (Dkt. 37 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **EXTENDS** its retention of jurisdiction to vacate the Order Dismissing Action on Notice of Settlement, (Dkt. 34),

1

and to reopen the action upon a showing of good cause that the settlement has not been completed to and including **June 19, 2026**.

**IT IS SO ORDERED**.

Dated:  April 20, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR

2